No. 91–401. HOLTZMAN *v.* GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT. Ct. App. N. Y. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–429. IN RE WESTFALL. Sup. Ct. Mo. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–5827. MAHECHA ONOFRE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–474. MARTIN *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 91–633. PRINCIPAL FINANCIAL GROUP, AKA PRINCIPAL MUTUAL LIFE INSURANCE CO. *v.* THOMAS. Sup. Ct. Ala. Motion of American Council of Life Insurance et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 91–5835. REIDT *v.* DEPARTMENT OF VETERANS AFFAIRS, *ante,* p. 948. Petition for rehearing denied.